Brian J Karcher
14 Fontainebleau Dr
Brick NJ 08723

U.S. DISTRICT COURT

2011 MAY 13  A 9:07

I worked for Executive Furniture Services
for 18 years, and had a 401K from
years ago, I never touched my 401K
Because I wanted it for retirement.
In August of 2009 I asked my
Bosses (Rich DePierro + Todd Henderson) if I
Could get a 1st time Home Owner loan
from my 401K. They said Guardian
(401K provider) Does not do that anymore
Which I found out was a lie.

2009  Sept 09 - checks started being late on
payments

2009  Oct - Owners said they would be selling
the Company at end of year would
get me a good Job,

2009  Dec. 9 - I got Hurt on Job was in
Hospital (3) Days $20,000.⁰⁰ in bills

2009  Dec. 15 - found out Company had
no Workmans Comp Insurance w/
10 men Working,

2009  Dec, 24 Owners said they went
Bankrupt, Ripped me off for
3,800.⁰⁰ in bad Checks, and
got me a Job worked 1 or 2
Days a week in Jan.

2010

~~2008~~ Jan 1st - Sarted Job 1or2 Days a weak, Use your own Car, drive all over tri-state area, no gas, no tolls, No Health Ins, went out found my own Job.

2010 Jan 10 - asked for 401K from Both owners got lots of excuses. (we diduit pay the Guardian admin fees yet) (talk to me in two weaks) (just leave it there) ect.

2010 Jan 20 - Contacted labor board. Labor board + thier lawers got no Responce from all Certified letters this went on for over a year,

2011 - I personally Contact Guardian 401K people myself, After 50 or more phone calls, They sent me a Check for $2,632.83 I had over $61,000.00 in 2007. They informed me the rest of my money was taken previously!

2011 3/31 - Recieved Check from Guardian

3

Brian Karcher

Worked for Executive Furniture – Bankrupt Dec. 2009    -leaving him with over $7,000 in useless paychecks

Brian requested 401K monies of Rich DePiero,  vP, Plan Administrator/Trustee for the Unallocated Fund, with Guardian Funds.  Phone call to Guardian revealed no records of Brian Karcher in any of their files,   (typical of Unallocated funds)
When BRian inquired of DePiero about his 401K, he was told Todd (his partner) and took ours out, what's left is yours.¾
All info & papers were given to Board Labor who kept it for over a year and said they could only work if class action - not individuals.

Contacted Jennifer Jeffreys At Guardian and she could not give any info on what was left in fund but said "only a few thousand".  whereas last statement was $61,426 on 3/31/2007.
Asked if we could get an accounting of where money went - she said not possible.
On February 3rd 2011, Jennifer of Guardian sent lettet/papers to Rich Admin/TRustee.

As xxxfxx3ndd x20dkxxx xxxx xxonxtexx xxxecxxtxxedkxxx*x
                                        Executive Furn.
Brian bought house 2 yrs ago,has mortgage, etc  Last weeks on job had cellulitis
infection, 3 days in hospital, (hospitalization canceled, owes $20,000 --- is working
for 1/2 his former salary ---NO BENEFITS, no sick,vacation. Unpaid days off.

Called Ms Jeffreys at  guardian, was told only they are waiting for a reply to their 2-3-11-certi
fied letter.   Mr, DePiero did not reply to correspondence of Labor Board or attorneys letters.
(copy attorneys ltr enclosed)  Brian was referred to pension attorneye, contacted one who
estimated case at $15,000.    (Brian broke)  Atty then called & refused case.

QUESTION IS WHERE DOES HE GO FROM HERE?  Is this against the law for Rich DePiero to ignore all
the inquiries and as Plan administrator/trustee of this unallocated fundto give no accounting of
Brians 401K  Brian worked 18 years for him, received many ltrs from customers of praise. *

What is ERISSA?  What govt agency could help?    Law enforcement?

Would appreciate any advice.
       Eileen Karcher for Brian
2451 Seymour Ave
Union,NJ 07083
908 687 0382

*X 4-4-11  Recid check for $2632.03 from Guardian Ins Co., Group Pensions PO Box 26280, Lehigh Val
   PA 18002-6280 (uncashed)  Contract 250476  Distribution Type: Contract Surrender
*&
   Is there any way to retrieve the monies from the trustee (who is personally responsible?)?

PLEASE COMMENT ON BACK OF THIS LETTER    Env, enclosed