**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Brian J. Karcher | COURT CASE NUMBER 11-CV-2911 (AET) |
|---|---|
| DEFENDANT Todd Henderson of Executive Furniture Service | TYPE OF PROCESS Summons & Complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Todd Henderson of Executive Furniture Services |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 128 Miller Street Kinnelon, N.J. 07405 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Brian J. Karcher
14 Fontainebleau Dr.
Brick, NJ. 08723

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                    Fold

RECEIVED

DEC 29 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| Signature of Attorney or other Originator requesting service on behalf of: Brian J. Karcher | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 908 472-2287 | DATE 6/27/11 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk | Date 07/06/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) ✗ Katherine Henderson    wife | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 12/21/11 | Time 8:45 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy Molly English |

| Service Fee 55.00 | Total Mileage Charges (including endeavors) 346.48 | Forwarding Fee | Total Charges 401.48 | Advance Deposits | Amount owed to U.S. Marshal or N/A | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
07/06/11 - Forwarded to USMS Newark for Service - [initials]
9/21/11 - No one Home - ME
11/9/11 - No Answer - [initials]

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of New Jersey

| | |
|---|---|
| BRIAN J. KARCHER | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   11-2911 (AET) |
| RICH DEPIERRO and TODD HENDERSON | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TODD HENDERSON
128 MILLER STREET
KINNALON, NJ 07405


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BRIAN J. KARCHER
14 FONTAINEBLEAU DR.
BRICK, NJ 08723


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*William T. Walsh*

CLERK OF COURT

Date: _____06/20/2011_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  11-2911 (AET)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*


                                              _____
                                                        *Printed name and title*



                                              _____
                                                        *Server's address*


Additional information regarding attempted service, etc: